AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Maryland

| | | |
|---|---|---|
| Mary Ellen Carroll | ) | |
| *Plaintiff* | ) | |
| v. | ) Civil Action No. **CCB 12 CV 2874** | |
| DOLGENCORP, LLC | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DOLGENCORP, LLC, d/b/a Dollar General
SERVE ON: Resident Agent: Lawyers Incorporation Service Company
7 St. Paul Street, Suite 1600
Baltimore, Maryland 21202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Laurence A. Marder, Esquire
Salsbury Clements Bekman Marder &
   Adkins, LLC
300 W. Pratt Street, Suite 450
Baltimore, Maryland 21201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 10/1/12

**Felicia C Cannon**

*Signature of Clerk or Deputy Clerk*